FILED
JAMES BONINI
CLERK

12 MAR -1 AM 7: 55

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. **1:12CR- 023** |
| vs. | : | |
| | : | INFORMATION |
| SYLVER GUNN | : | 18 U.S.C. § 287   **J. WEBER** |

COUNT 1
Filing a False Claim against the Internal Revenue Service
18 U.S.C. § 287

On or about February 8, 2010, within the Southern District of Ohio, the defendant, **SYLVER GUNN**, knowingly made and presented, and caused to be made and presented to the Internal Revenue Service, an agency of the Department of Treasury, a claim against the United States for payment, which she knew to be false, fictitious and fraudulent, by preparing and causing to be prepared, and filing and causing to be filed, what she purported to be a federal income tax return for an individual, KC, wherein a claim for an income tax refund in the amount of $6,583.00 was made, with knowledge that such claim was false, fictitious and fraudulent.

In violation of 18 U.S.C. § 287.

## COUNT 2
### Theft of Government Funds
### 18 U.S.C. § 641

Beginning in about April 2008 and continuing until December 15, 2010, in the Southern District of Ohio, the defendant, **SYLVER GUNN,** willfully and knowingly did steal and embezzle money which was property of a department of the United States, that is, the Department of Housing and Urban Development, by misrepresenting her income and assets in order to receive housing subsidy assistance (rent reduction) in the amount of $18,299.00 to which she was not entitled.

**In violation of 18 U.S.C. § 641.**

CARTER M. STEWART
United States Attorney

_____
ANTHONY SPRINGER (0067716)
Cincinnati Branch Chief
221 East Fourth Street
Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Fax: (513) 684-6385
Anthony.Springer @usdoj.gov

2