FILED
JAMES BONINI
CLERK

12 MAR -1 AM 7: 55

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. **1:12CR- 023** |
| | : | |
| vs. | : | GOVERNMENT'S SUBMISSION OF ELEMENTS OF OFFENSE |
| | : | **J. WEBER** |
| SYLVER GUNN | : | |

## COUNT 1
False Claims to the Internal Revenue Service
18 U.S.C. § 287

The elements of the offense for 18 U.S.C. § 287 are as follows:

First: That the defendant knowingly presented to a department or agency of the United States a false or fraudulent claim against a department or agency of the United States;

Second: That the false statement was made for the purpose of obtaining money from the United States;

Third: That the defendant knew that the claim was false or fraudulent; and

Fourth: That such act or acts took place on the date alleged in the Information and within the Southern District of Ohio.

## COUNT 2
Theft of Government Funds
18 U.S.C. § 641

The elements of the offense of 18 U.S.C. § 641 are as follows:

First: That the funds or monies of the United States described in the Information had a value of in excess of $1,000 at the time alleged;

Second: That the defendant converted such funds or monies to the defendant's use;

Third: That the defendant did so knowing the funds or monies were not hers and with intent to deprive the owner of the benefit of the money or funds;

Fourth: That the defendant did so knowingly and willfully; and

Fifth: That the acts occurred in the Southern District of Ohio on or about the date or dates alleged in the Information.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

*s/Anne L. Porter*
ANNE L. PORTER (SD2801)
Assistant United States Attorney
221 East Fourth Street
Suite 400
Cincinnati, Ohio 45202
(513) 684-3711