# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF OHIO
### PROBATION OFFICE

110 POTTER STEWART COURTHOUSE
100 EAST 5TH STREET
CINCINNATI, OH  45202-3980

## PRESENTENCE REPORT TRANSMITTAL

TO: Honorable Herman J. Weber
United States District Judge

FROM: Laura S. Jensen
United States Probation Officer

SUBJECT: **GUNN, Sylver**
**Docket No. 1:12CR-023-001**
**Final Presentence Report**

DATE: June 15, 2012

The Final Presentence Report and any necessary addenda are herewith submitted to the Court.

The Defense Counsel and Counsel for the Government are being provided with a copy of the final Presentence Investigation Report.

cc: ✓ District Court Clerk

Anne L. Porter
Assistant United States Attorney

Richard Jay Goldberg
2662 Madison Road
Cincinnati, Ohio  45208