UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** : | Case No. 1:12CR-023 | |
| Plaintiff, : | (Senior Judge Weber) | |
| vs. : | **DEFENDANT, SYLVER GUNN'S,** | |
| : | **MOTION FOR CONFERENCE** | |
| **SYLVER GUNN,** : | **WITH THE COURT** | |
| Defendant. : | | |

    Now comes Richard J. Goldberg, Attorney for Sylver Gunn, and he respectfully requests the Court to schedule a conference with the Court and counsel, as well as the United States Probation Department.

    Ms. Gunn is presently on supervised release and is requesting a conference with the Court regarding an out-of-town employment opportunity for which she would like guidance from the Court.  It is, therefore, respectfully requested that this Court schedule a conference with counsel and the United States Probation Department.

                                                     /s/ Richard J. Goldberg
                                                     Richard J. Goldberg  (0005979)
                                                     Attorney for Sylver Gunn
                                                     Schuh & Goldberg, LLP
                                                     2662 Madison Road
                                                     Cincinnati, Ohio  45208
                                                     (513) 321-2662
                                                     (513) 321-0855 (Fax)
                                                     richjgoldberg@yahoo.com

## CERTIFICATE OF SERVICE

  I hereby certify that I have served a copy of the foregoing Motion upon the office of the United States Attorney, via electronic filing, this 19th day of October, 2012.

                 /s/ Richard J. Goldberg
                Richard J. Goldberg
                Attorney for Sylver Gunn

Gunn, Sylver\Ct Conf.Mtn