*Read by GGK*
*7-28-2014*

## United States District Court
### for
### Southern District of Ohio
### Report on Offender Under Supervision

**Name of Offender: Sylver Gunn**                 **Case Number: CR-1-12-23**
**Name of Sentencing Judicial Officer:**          **The Honorable Herman J. Weber**
                                                  **Senior United States District Judge**
**Date of Original Sentence:**                    **August 8, 2012**
**Original Offense:**                             **Filing a False Claim against the IRS, in violation**
                                                  **of Title 18 U.S.C. 287 and Theft of Government**
                                                  **Funds, in violation of Title 18, U.S.C. 641.**
**Original Sentence:**                            **Five Years' Probation**
**Type of Supervision: Probation**                **Date Supervision Commenced: August 8, 2012**

---

### NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| No New Law Violation | On June 18, 2014, Gunn was cited for Disorderly Conduct with Springdale Police Department (Case Number 14SCB0206). The case has been continued until July 16, 2014. |

**U.S. Probation Officer Action:** Ms. Gunn has had a volatile relationship the past several months with Oscar Torbert. He has physically abused her in the past and broke her finger. On June 18, 2014, Springdale Police were called to a disturbance at Chick-Fila, a fast food restaurant, where Gunn and Torbert where arguing in the drive thru area. Witnesses stated a verbal argument began between the two of them and they observed Torbert strike Gunn and then throw a punch at the manager. When questioned, both Gunn and Torbert denied the argument became physical. Both were cited for Disorderly Conduct. Gunn said she did nothing wrong. However, on July 16, 2014, she was found guilty of this offense and was assessed a $30.00 fine. She has appealed this case and goes back to court on August 1, 2014.

Based on the above information, it is respectfully recommended that the Court take notice of the violation, but that no action be taken. This officer will notify the Court of the outcome on her appeal.

Respectfully submitted,                 Approved,

By                                       by

U. S. Probation Officer                  Senior U. S. Probation Officer
                                         Date: July 24, 2014

PROB 12A
(12/96)
Re: GUNN, Sylver
Case No.: CR-1-12-23

2

☒ **I concur with the recommendation of the Probation Officer**

☐ **Submit a Request for Modifying the Condition or Term of Supervision**

☐ **Submit a Request for Warrant or Summons**

_____

**Signature of Judicial Officer**

8/12/14

Date