IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JOHN P. HEHMAN
CLERK

2014 DEC 23  AM 9:08

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

IN RE:     Terminated Cases Assigned to
            Honorable Judge Herman J. Weber     Cincinnati Gen Order 14-02

ORDER

The Clerk of Court is hereby directed to randomly reassign any terminate case assigned to Senior Judge Herman J. Weber that requires additional action, without further order of this Court.

IT IS SO ORDERED.

_____
Honorable Susan J. Dlott
Chief Judge United States District Court