UNITED STATES GOVERNMENT

# memorandum

**DATE:** January 4, 2016

**FROM:** Darla Huffman
U.S. Probation Officer

**SUBJECT:** GUNN, Sylver
Docket No: CR-1-12-23

**TO:** The Honorable Michael R. Barrett
United States District Judge

On August 8, 2012, Ms. Gunn appeared before the Honorable Herman J. Weber, United States Senior District Judge and was sentenced to five years probation after having been charged with Filing a Flase Claim Against the IRS in violation of Title 18 U.S.C. § 287 and Theft of Government Funds in violation of Title 19 U.S.C.§ 641.

Ms. Gunn owns PreGame which is a beauty salon in Walnut Hills. She is requesting to travel outside of the United States to London to visit the London Beauty Factory, Lush and Le Keux Vintage Enterprises which are all vendors for her to buy their hair products to expand her business. She would like to travel January 21 through January 25, 2016 (dates may vary depending on prices of flights).

If the Court has any questions, this officer will be available at the Court's request at 564-7550. Otherwise, the court need only sign the following page.

Respectfully submitted,

*Darla J. Huffman*

Darla J. Huffman
United States Probation Officer

DJH:
enclosures

RE: GUNN, Sylver

Page 2

The Court approves Ms. Gunn's travel as stated above.

_____
The Honorable Michael R. Barrett
United States District Judge


The Court denies Ms. Gunn's travel as stated above.

_____
The Honorable Michael R. Barrett
United States District Judge