UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

V.                                        Case No. 1:12cr023

Sylver Gunn,                      Judge Michael R. Barrett

    Defendant.

**CRIMINAL MINUTES before**
**United States District Judge Michael R. Barrett**

Courtroom Deputy: **Barbara Crum**
Court Reporter: **Maryann Maffia, Official**     11:38 - 11:47
Date: **February 23, 2016** Time: **Commenced** 11:49 **Concluded** 11:52 **Total** 12 mins.

United States Attorney: Debbie Grimes    Defendant Attorney: Rich Goldberg

*Court Proceeding:*

✓ Counsel present.

Remarks: Richard Goldberg appointed via CJA; Δ sworn;
- debtor exam to proceed.