# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

United States of America,

      Plaintiff,

      v.

Sylver Gunn,

      Defendant.

Case No.  1:12cr023

Judge Michael R. Barrett

## <u>ORDER APPOINTING COUNSEL</u>

On February 19, 2016, the defendant filed a financial affidavit which shows her inability to retain counsel.   Upon review, the Court is satisfied that the defendant is unable to employ counsel and further does not wish to waive counsel; therefore, and for good cause shown, the Federal Public Defender/Criminal Justice Act Panel member is appointed to represent the Defendant.

Specifically, the Court appoints Richard Goldberg, 2662 Madison Road, Cincinnati, OH 45208 to represent the defendant.

The defendant may be required to contribute to the cost of his representation depending on circumstances to be determined at a later date if necessary.

**IT IS SO ORDERED.**

Michael R. Barrett
United States District Judge